JAMES CULNEN (APPEAL OF MILTON, McNULTY & AUGELLI), APPELLANTS, v. PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY, RESPONDENT.

Argued October 23, 1947—Decided January 29, 1948.

For the appellants, *Milton, McNulty & Augelli* (*Joseph Keane,* of counsel).

For the respondent, *Carl T. Freggens* (*Henry J. Sorenson,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 11.

*For reversal*—None.